No. 44. SAVELLE *v.* STATE BOARD OF DENTAL EXAMINERS ET AL. ▮ Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a final judgment. *Haseltine* v. *Central Bank of Springfield*, 183 U. S. 130, 131; *Schlosser* v. *Hemphill*, 198 U. S. 173, 175, 176; *Louisiana Navigation Co.* v. *Oyster Commission*, 226 U. S. 99, 101; *California National Bank* v. *Stateler*, 171 U. S. 447, 449; *Bruce* v. *Tobin*, 245 U. S. 18, 19, 20; *Grays Harbor Logging Co.* v. *Coats-Fordney Logging Co.*, 243

U. S. 251, 255, 256; *Ornstein* v. *Chesapeake & Ohio Ry. Co.,* 284 U. S. 572. *Messrs. Emory L. O'Connell, Albert E. Sherlock,* and *Arthur X. Erickson* for appellant. *Messrs. Clarence L. Ireland* and *Charles H. Haines* for appellees.